```
1  Frank Bellospirito
   9090 Moody St. #251
2  Cypress, CA. 90630
   Ph# 714-995-2779
3  Email: [redacted]

4  Sui Juris
```



UNITED STATES DISTRICT COURT
Central DISTRICT OF California

Frank Bellospirito,
                    Plaintiff

v.

Debbie Byrne,
                    Defendants

Case No. SACV08-729 JVS (E)

TITLE 42, § 1983
COMPLAINT FOR CIVIL
RIGHTS DAMAGES

TRIAL BY JURY DEMANDED

VERIFIABLE
ARTICLE III JUDGE
AND COURT DEMANDED

**PETITION AND COMPLAINT**

**PETITION AND COMPLAINT IN THE NATURE OF A SUIT FOR DEPRIVATION OF FEDERALLY PROTEDTED CIVIL RIGHTS (42 USC 1983), FOR INJUNCTIVE AND DECLARATORY RELIEF AND OTHER DAMAGES AS THE COURT SHALL DETERMINE REASONABLE, LAWFUL, AND JUST**

.

**In Commerce everything must be stated in truth. I Frank Bellospirito, hereinafter "Plaintiff" a Sovereign, Private Person, Living Soul, a Creditor, Claimant and Secured Party and not a STATUTORY PERSON upon the land of California, A Republic in the county called Orange, do hereby solemnly declare, say and state. (1) Plaintiff is competent for stating the matters set forth herewith; (2) Plaintiff has personal knowledge about the facts stated herein; (3) Everything stated in the Petition is the truth, the Whole Truth, and nothing but the Truth and all stated is true, correct, complete, not misleading, admissible as evidence, and if called upon as a witness, will testify to their veracity**

TITLE 42 § 1983 COMPLAINT
FOR CIVIL RIGHTS DAMAGES                          1

Debbie Byrne conspired under color of law to deprive Frank Bellospirito of federally protected civil rights clearly articulated in united States Constitutional Amendments, Four, Five, Seven, Thirteenth, Fourthteenth and common law authorities of "DUE PROCESS", under the law.

Comes now the above named Plaintiff and submits this TITLE 42, § 1983 COMPLAINT FOR CIVIL RIGHTS DAMAGES as follows:

Plaintiff at all times claims all his rights and specifically claims the following rights:

1. The right to amend this complaint as needed;

2. The right to a Trial by jury; and

3. The right to a verifiable true Article III Judge and Court to preside over this instant case.

## JURISDICTION AND VENUE

1. Plaintiff invokes this Court's jurisdiction pursuant to Title 42, U.S.C., § 1983 and the Constitution for the United States of America, 4th, 5th, 7th, 13th, and 14th Amendments.

2. The Plaintiff invokes the jurisdiction of this Court pursuant to Title 28, U.S.C., §§ 1331 and 1343(a)(3)(4).

3. Plaintiff further invokes, refer to "AFFIRMATION" Statement.

4. Willful failure to comply with the codes and Laws governing Internal Revenue Service regarding W-4 filing, Withholding Agent and falsifying information compelling Plaintiff to complete Gov't. forms for employment, to allege <u>fraud and conspiracy to commit fraud</u>, and all the damages and causes of action that have occurred within the venue and jurisdiction of this Honorable Court.

**PARTIES**

5. Plaintiff, Frank Bellospirito, is a Citizen of the United States of America (not United States) and California Republic and is over the age of eighteen (18). Plaintiff stays in Orange County, California.

6. Defendant, Debbie Byrne in her individual capacity is over the age of eighteen (18) and at all times relevant to this complaint, is employed by Western Exterminator Company and acting under color of law in her individual capacity. Said Defendant is enriched, rewarded and compensated for her official capacity as a Western employee, and is being sued herein in her individual capacity.

## NATURE OF THE CASE

7. Petition and Complaint in the nature of a Suit for Deprivation of federally protected civil rights 42 USC 1983, for injuctive and declaratory relief and other damages as the court shall determine reasonable, lawful, and just. The Plaintiff was denied his rights to:

   a. Equal protection of the laws of California Republic and the United States of America, (not United States)
   b. Rights reserved or retained under the Constitution of California republic;
   c. Not to be deprived of life, liberty, or property without just compensation;
   d. Not to be deprived of life, liberty, or property without due process of law.

8. Defendant acted beyond her delegation of authority and acted under the disguise of color of law by acting in concert to trespass on private property under color of law without judicial or peace officer authority (due process)."*The Government may carry on its operations through conventional executive agencies or through corporate forms especially created for defined ends. See Keifer & Keifer v. Reconstruction finance Corp.,* **306 U.S.**

**381. 390, 581.**

***Whatever the form in which the Government functions, anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority. The scope of this authority may be explicitly defined by Congress or be limited by delegated legislation, properly exercised through the rule-making power.*** And this is so even though, as here, the agent himself may have been unaware of the limitations upon his authority. See, e.g., Utah Power & Light Co. v. United States, **243 U.S. 389, 409, 391**; United States v. Stewart, **311 U.S. 60. 70,** 108 and see, In re Floyd Acceptances, 7 Wall. 666."
[**Federal Crop Ins. V. Merrill, 332 U.S. 380 (1947)**]

9. Further, Defendant conspired to deprive Plaintiff of his private property by exercising powers beyond her administrative and delegated authority in that:

a. Said Defendant Byrne, without authority, did:

   i. Approve supporting the withholding order by the IRS regardless that no court ordered judgment existed Plaintiff is entitled to equal protection under the law, due process of law (***"U.S. Court of Appeals for the Second Circuit held that taxpayers cannot be compelled by the IRS to turn over personal and private***

TITLE 42 § 1983 COMPLAINT
FOR CIVIL RIGHTS DAMAGES                 5

*property to the IRS, absent a federal court order" January 25, 2005 Schultz v. IRS, Case No. 04-0196-cv* )

**PRAYER FOR RELIEF**

Based on the fact the Debbie Byrne failed to comply with the law of "Due Process" violating the Plaintiffs 4th, 5th, 7th, 13TH, and 14th Amendment rights by handing over Plaintiffs property (compensation for labor) to the Internal Revenue Service, Plaintiff wherefore demands the following relief

Against the Defendant in her individual capacity:

1. Compensatory damages against defendant inclusively in the amount of $50,000.00 which represent the following:

    a. Depriving plaintiff of meeting financial obligations.

    b. Depriving Plaintiff of family time.

    c. Depriving Plaintiff of personal time, Peonage, unless Plaintiff is compensated for his time spent defending himself, $1,000.00 per hour, if not involuntary servitude violating Plaintiffs 13th Amendment Right

    d. Creating mental anguish and pressure while at home and working on the job, (Plaintiff has a great deal

TITLE 42 § 1983 COMPLAINT
FOR CIVIL RIGHTS DAMAGES              6

   of respect for Debbie Byrne and having to bring about a suit against her is mentally damaging. Plaintiff did in fact try very diligently to avoid this issue, giving Debbie copies of the law and IRS codes, but as you see, it did not prevail).

 e. Trampling my Constitutional Rights as if I did not exist.

 f. IRS extracting compensation from my salary.

 g. Basically depriving Plaintiff of Life, Liberty and the Pursuit of Happiness.

2. Attorney's fees if an attorney is hired to assist pursuant to Title 42,U.S.C. § 1988, and all costs in filing this complaint an filing this action and all out of pocket expenses in relation to this action.

3. Any and all relief which this Court deems appropriate.

4. Declaratory judgment for the actions of Defendant who acted either under color of law or totally outside the law and who clearly violated well established law and principles of human and civil liberties against the Plaintiff and /or other crimes as this Court deems adjudged.

TITLE 42 § 1983 COMPLAINT
FOR CIVIL RIGHTS DAMAGES     7

**Plaintiff Claims and Retains All His Rights**

Plaintiff at all times claims all his rights, waiving none and specifically claim the following rights

1. The right to amend this complaint as needed;
2. The right to a trial by jury; and
3. The right to a verifiable true Article III Judge and Court to preside over this instant case.
4. Reserving all rights under UCC1-308 Without Prejudice.

Executed this 15th day of June, 2008

Without Prejudice

*[signature]*

F. Bellospirito, Sui Juris

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SUI JURIS
Frank Bellospirito

**DEFENDANTS**
Debbie Byrne

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
SUI JURIS/ Frank Bellospirito
9090 Moody Street 251
Cypress, California republic

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☑ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No     ☑ **MONEY DEMANDED IN COMPLAINT: $ 50,000.00**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
united States Constitution Violation 14th Amendment denying DUE PROCESS of LAW and Equal Protection under the Law

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | | | ☐ 441 Voting | | ☐ 830 Patent |
| | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☑ 190 Other Contract | | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | ☑ 440 Other Civil Rights | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **SACV08-00729 JVS (E)**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)          CIVIL COVER SHEET          Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　　☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　　☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　　☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Frank Bellospirito, Orange County, California Republic | California Republic |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Debbie Byrne | California Republic |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
　　Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR ~~PRO PER~~): Sui Juris  /s/ Bellospirito   Date 6-24-08

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Frank Bellospirito / Sui Juris | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV08-00729 JVS (E) |
| v. | |
| Debbie Byrne | |
| DEFENDANT(S). | SUMMONS |

TO: DEFENDANT(S): Debbie Byrne

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☑ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Frank Bellospirito / Sui Juris, whose address is 9090 Moody St. 251, Cypress, California Republic _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JUL - 2 2008

By: ROLLS ROYCE PASCHAL
Deputy Clerk

(Seal of the Court)

1144

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)   SUMMONS

"FOR OFFICE USE ONLY" (stamp across document)