**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK BELLOSPIRITO, | ) CASE NO. SA CV 08-729-JVS (E) |
| Plaintiff, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| DEBBIE BYRNE, | ) CONCLUSIONS AND RECOMMENDATIONS |
| Defendant. | ) OF UNITED STATES MAGISTRATE JUDGE |

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; (2) Defendant's motion for summary judgment is granted; and (3) Judgment shall be entered in favor of Defendant.

///
///
///
///

1 IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on the Plaintiff and counsel
3 for Defendant.
4
5 LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7 DATED: February 4, 2009
8
9
10 _____
    JAMES V. SELNA
11 UNITED STATES DISTRICT JUDGE