**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK BELLOSPIRITO,      ) | NO. SA CV 08-729-JVS (E) |
|                          ) | |
|        Plaintiff,        ) | |
|                          ) | |
|     v.                   ) | JUDGMENT |
|                          ) | |
| DEBBIE BYRNE,            ) | |
|                          ) | |
|        Defendant.        ) | |
|                          ) | |
| _____) | |

    IT IS ADJUDGED that Judgment in this action is entered in favor of Defendant.

         DATED: February 4, 2009

                        _____
                                JAMES V. SELNA
                        UNITED STATES DISTRICT JUDGE